| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2019 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| May, Leigh M. | U.S. District Court, Northern District of Georgia | 10/26/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☑ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

2167 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2014 | Agreement with former law firm, which is currently named Butler, Wooten, and Peak, LLP for payment of fees from worked performed prior to judicial service. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 10/26/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | ▬▬▬▬▬ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 10/26/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. AgGeorgia Farm Credit | Mortgage on Land in ▮▮▮▮▮ (Part VII, Line 99) | M |
| 2. Ameris Bank | Mortgage on Second Home in ▮▮▮▮▮ (Part VII, Line 100) | N |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **May, Leigh M.** | 10/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Brokerage Account # 1 | | | | | | | | | |
| 2.  - Apple Inc. - Stock | B | Dividend | M | T | | | | | |
| 3.  - CDK Global Inc. - Bond | A | Interest | | | Matured | 10/15/19 | K | A | |
| 4.  - Guggenheim Total Return Bond Fund - Mutual Fund | B | Dividend | K | T | | | | | |
| 5.  - Templeton Global Total Return Fund - Mutual Fund | A | Dividend | | | Sold | 12/10/19 | K | A | |
| 6.  - JP Morgan Opportunistic Equity Fund - Mutual Fund | | None | K | T | | | | | |
| 7.  - Catalyst Millburn Hedge Strategy Fund - Mutual Fund | B | Dividend | K | T | | | | | |
| 8.  - Blackrock Intermediate Muni Opportunity Fund - Mutual Fund | A | Dividend | K | T | Sold (part) | 04/11/19 | J | A | |
| 9.  - Angel Oak Multi Strategy Income Fund - Mutual fund | A | Dividend | | | Sold | 04/11/19 | K | A | |
| 10.  - Glenmede Large Cap Growth Fund - Mutual Fund | | None | | | Sold | 01/14/19 | M | A | |
| 11.  - Ishares Russell 1000 Growth Fund - Mutual Fund | A | Dividend | L | T | | | | | |
| 12.  - Ishares MSCI ACWI Fund IV - Mutual Fund | B | Dividend | | | Sold | 07/15/19 | L | D | |
| 13.  - Schwab Emerging Markets Equity Fund - Mutual Fund | A | Dividend | | | Sold | 03/04/19 | K | B | |
| 14.  - Schwab International Equity Fund - Mutual Fund | C | Dividend | L | T | Buy (add'l) | 3/04/19 | J | | |
| 15. | | | | | Buy (add'l) | 07/15/19 | K | | |
| 16.  - Schwab Muni Money Market Fund - Mutual Fund | A | Dividend | | | Sold | 01/14/19 | K | A | |
| 17.  - Schwab US Large Cap Value Fund - Mutual Fund | D | Dividend | M | T | Buy | 01/15/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 10/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Buy<br>(add'l) | 04/12/19 | J | | |
| 19. - Lord Abbett Short Duration Income Fund - Mutual Fund | A | Dividend | K | T | Buy<br>(add'l) | 04/11/19 | J | | |
| 20. - SPDR Barclays Muni Bond Fund - Mutual Fund | A | Dividend | | | Sold | 04/10/19 | K | A | |
| 21. - Marathon Value Portfolio - Mutual Fund | D | Distribution | L | T | | | | | |
| 22. - Matthews Pacific Tiger Fund - Mutual Fund | A | Dividend | K | T | Buy | 03/01/19 | K | | |
| 23. | | | | | Buy<br>(add'l) | 07/12/19 | J | | |
| 24. - Oakmark International Fund - Mutual Fund | A | Dividend | K | T | Buy | 03/01/19 | K | | |
| 25. | | | | | Buy<br>(add'l) | 07/12/19 | J | | |
| 26. - Morgan Stanley Inst Fund - Mutual Fund | A | Dividend | K | T | Buy | 07/12/19 | K | | |
| 27. - Schwab US Large Cap Growth Fund - Mutual Fund | A | Dividend | L | T | Buy | 01/15/19 | L | | |
| 28. - Barclays Ipath Dow Jones - UBS Index - Mutual Fund | | None | K | T | Buy | 12/11/19 | K | | |
| 29. - BBH Intermediate Municipal Bond - Mutual Fund | A | Dividend | K | T | Buy | 04/11/19 | K | | |
| 30. - Invesco Activel/Ultra Short Duration - Mutual Fund | A | Dividend | J | T | Buy<br>(add'l) | 07/26/19 | J | | |
| 31. - Pimco Income Fund - Mutual Fund | C | Dividend | K | T | Buy | 01/14/19 | K | | |
| 32. - Vanguard Short-Term Infl-Prot - Mutual Fund | A | Dividend | K | T | Buy | 12/11/19 | K | | |
| 33. Doubleline Strategic Commodity Fund - Mutual Fund | | None | | | Buy | 04/9/19 | K | | |
| 34. | | | | | Sold | 12/10/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **May, Leigh M.** | 10/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. - Schwab Advisor Cash and Money Market Fund | A | Int./Div. | K | T | | | | | |
| 36. | | | | | | | | | |
| 37. IRA # 1 | | | | | | | | | |
| 38. - Apple Inc. - Stock | A | Dividend | J | T | | | | | |
| 39. - Matthews Pacific Tiger Fund - Mutual Fund | A | Dividend | J | T | Buy (add'l) | 07/12/19 | J | | |
| 40. | | | | | Sold (part) | 02/27/19 | J | A | |
| 41. - Oakmark International Fund - Mutual Fund | A | Dividend | J | T | Sold (part) | 2/27/19 | J | A | |
| 42. | | | | | Buy (add'l) | 07/12/19 | J | | |
| 43. - Verizon Communications Inc. - Bond | A | Interest | J | T | | | | | |
| 44. - Pimco Income Fund - Mutual Fund | A | Dividend | J | T | Buy (add'l) | 07/12/19 | J | | |
| 45. - Angel Oak Multi Strategy Income Fund - Mutual Fund | A | Dividend | J | T | | | | | |
| 46. - Catalyst Millburn Hedge Strategy Fund - Mutual Fund | A | Dividend | J | T | | | | | |
| 47. - Doubleline Total Return Bond Fund - Mutual Fund | A | Dividend | J | T | | | | | |
| 48. - Glenmede Large Cap Growth Fund - Mutual Fund | A | Dividend | | | Sold | 01/14/19 | K | A | |
| 49. - Guggenheim Total Return Bond Fund - Mutual Fund | A | Dividend | J | T | Buy (add'l) | 07/12/19 | J | | |
| 50. - Ishares Russell 1000 Growth Fund - Mutual Fund | A | Dividend | K | T | | | | | |
| 51. - JP Morgan Opportunistic Equity Fund - Mutual Fund | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **May, Leigh M.** | 10/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. - Lord Abbett Short Duration Income Fund - Mutual Fund | A | Dividend | J | T | | | | | |
| 53. - Schwab US Large Cap Value ETF - Mutual Fund | B | Dividend | L | T | | | | | |
| 54. - SPDR Barclays Muni Bond Fund - Mutual Fund | A | Dividend | | | Sold | 04/10/19 | K | D | |
| 55. - Templeton Global Total Return Fund - Mutual Fund | A | Dividend | J | T | | | | | |
| 56. - Thornburg Global Opportunity Fund - Mutual Fund | | None | | | Sold | 02/7/19 | K | A | |
| 57. - Marathon Value Portfolio - Mutual Fund | B | Dividend | K | T | | | | | |
| 58. - Morgan Stanley Intl Fund - Mutual Fund | A | Dividend | J | T | Buy | 07/12/19 | J | | |
| 59. - Morgan Stanley Inst Growth Fund - Mutual Fund | C | Dividend | K | T | Buy | 10/18/19 | K | | |
| 60. - Schwab International Equity Fund - Mutual Fund | A | Dividend | J | T | Buy | 2/28/19 | K | | |
| 61. - Doubleline Strategic Commodity Fund - Mutual Fund | A | Dividend | J | T | Buy | 4/9/19 | J | | |
| 62. - Schwab Large Cap Growth | A | Dividend | | | Buy | 01/15/19 | K | | |
| 63. | | | | | Sold | 10/21/19 | K | D | |
| 64. - Ishares MSCI | A | Dividend | | | Buy | 02/28/19 | K | | |
| 65. | | | | | Sold | 07/15/19 | K | A | |
| 66. - Charles Schwab Cash Account | A | Interest | J | T | | | | | |
| 67. | | | | | | | | | |
| 68. IRA # 2 | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **May, Leigh M.** | 10/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   - Angel Oak Multi Strategy Income Fund - Mutual Fund | A | Dividend | J | T | | | | | |
| 70.   - Marathon Value Portfolio - Mutual Fund | B | Dividend | K | T | | | | | |
| 71.   - Matthews Pacific Tiger Fund - Mutual Fund | A | Dividend | J | T | Sold (part) | 02/26/19 | J | A | |
| 72.   - PIMCO Income Fund - Mutual Fund | A | Dividend | J | T | | | | | |
| 73.   - Oakmark International Fund - Mutual Fund | A | Dividend | J | T | Sold (part) | 02/26/19 | J | A | |
| 74.   - Catalyst Millburn Hedge Strategy Fund - Mutual Fund | A | Dividend | J | T | | | | | |
| 75.   - Doubleline Total Return Bond Fund - Mutual Fund | A | Dividend | J | T | | | | | |
| 76.   - Glenmede Large Cap Growth Fund - Mutual Fund | | None | | | Sold | 01/11/19 | K | A | |
| 77.   - Guggenheim Total Return Bond Fund - Mutual Fund | A | Dividend | J | T | | | | | |
| 78.   - Ishares Russell 1000 Growth Fund - Mutual Fund | A | Dividend | J | T | | | | | |
| 79.   - JP Morgan Opportunistic Equity Fund - Mutual Fund | | None | J | T | | | | | |
| 80.   - Lord Abbett Short Duration Income Fund - Mutual Fund | A | Dividend | J | T | | | | | |
| 81.   - Schwab US Large Cap Value Fund - Mutual Fund | A | Dividend | J | T | | | | | |
| 82.   - Thornburg Global Opportunity Fund - Mutual Fund | | None | | | Sold | 2/26/19 | J | A | |
| 83.   - Templeton Global Total Return Fund - Mutual Fund | A | Dividend | J | T | | | | | |
| 84.   - SPDR Barclays Muni Bond Fund - Mutual Fund | A | Dividend | | | Sold | 4/8/19 | J | A | |
| 85.   - Morgan Stanley Inst Fund - Mutual Fund | A | Dividend | J | T | Buy | 07/12/19 | J | | |

| 1   Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
|    (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2   Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
|    (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3   Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
|    (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **May, Leigh M.** | 10/26/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   - Morgan Stanley Inst Growth - Mutual Fund | A | Dividend | J | T | Buy | 10/18/19 | J | | |
| 87.   - Schwab International Equity Fund - Mutual Fund | A | Dividend | J | T | Buy | 02/28/19 | J | | |
| 88.   - Doubleline Strategic Commodity Fund - Mutual Fund | A | Dividend | J | T | Buy | 04/19/19 | J | | |
| 89.   - Schwab Large Cap Growth - Mutual Fund | A | Dividend | | | Buy | 01/15/19 | J | | |
| 90. | | | | | Sold | 10/21/19 | J | A | |
| 91.   - Ishares MSCI - Mutual Fund | A | Dividend | | | Buy | 02/28/19 | J | | |
| 92. | | | | | Sold | 07/15/19 | J | A | |
| 93.   - Charles Schwab Cash Account | A | Interest | J | T | | | | | |
| 94. | | | | | | | | | |
| 95.   Schwab Individual 529 Fund | | | | | | | | | |
| 96.   - Schwab Moderatively Conservative Track - Equity Portofolio - Index | | None | K | T | Buy (add'l) | 11/30/19 | J | | |
| 97.   - Schwab Moderatively Aggressive Track - Equity Portfolio - Index | | None | K | T | Buy (add'l) | 11/30/19 | J | | |
| 98.   - Schwab Moderately Aggressive Track - Equity Portfolio | | None | K | T | Buy (add'l) | 11/30/19 | J | | |
| 99.   - Schwab Moderatively Conservative Track - Equity Portfolio | | None | K | T | Buy (add'l) | 11/30/19 | J | | |
| 100.  - Schwab Moderate Track - Equity Portfolio | | None | K | T | Buy (add'l) | 11/30/19 | J | | |
| 101.  - Schwab Moderate Track - Equity Portfolio - Index | | None | K | T | Buy (add'l) | 11/30/19 | J | | |
| 102. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **May, Leigh M.** | 10/26/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Bank of America Cash Accounts | A | Interest | L | T | | | | | |
| 104. | | | | | | | | | |
| 105.  Land in ▓▓▓▓▓▓▓ | | None | M | Q | | | | | |
| 106. | | | | | | | | | |
| 107.  House in ▓▓▓▓▓▓ | E | Rent | O | Q | | | | | |
| 108.  GC Opportunities 2 Private Fund LP - Private Fund | E | Distribution | M | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **May, Leigh M.** | 10/26/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The value of the land referenced in Line 99 of part VII came from an appraisal of the property conducted in November 2017 as part of the land's purchase.

The value of the house referenced in Line 101 of part VII came from an appraisal of the property conducted in October 2018 as part of the property's purchase.

Line 30 of Part VII refers to "Invesco Activel/Ultra Short Duration - Mutual Fund." This fund was originally called "Powershares Dynamic Large Cap Fund - Mutual Fund" on my 2018 report. The name changed, but it is the same fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leigh M. May**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544